6/05/17 10:29AM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* Chapter **7**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Equipment Services Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Seward Hoist & Crane Systems**<br>**DBA Seward Hoist and Crane Systems** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2341001** |
| 4. | **Debtor's address** | **Principal place of business**<br>**5200 Glen Arm RD**<br>**Glen Arm, MD 21057**<br>Number, Street, City, State & ZIP Code<br>**Baltimore**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **sewardhoist.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Equipment Services Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ________ When ________ Case number ________
District ________ When ________ Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ________ Relationship ________
District ________ When ________ Case number, if known ________

6/05/17 10:29AM

Debtor **Equipment Services Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Equipment Services Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2017**
MM / DD / YYYY

*X* **/s/ Thomas Luhrman**
Signature of authorized representative of debtor

**Thomas Luhrman**
Printed name

Title **President/Owner**

**18. Signature of attorney**

*X* **/s/ Joseph M. Selba**
Signature of attorney for debtor

Date **June 5, 2017**
MM / DD / YYYY

**Joseph M. Selba**
Printed name

**Tydings & Rosenberg, LLP**
Firm name

**100 East Pratt Street**
**26th Floor**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone **410 752 9700** Email address **jselba@tydingslaw.com**

**29181**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2017**

*X* **/s/ Thomas Luhrman**
Signature of individual signing on behalf of debtor

**Thomas Luhrman**
Printed name

**President/Owner**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*......... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*......... | $ | **103,887.49** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*......... | $ | **103,887.49** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......... | $ | **138,958.59** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*......... | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......... | +$ | **284,116.11** |
| 4. **Total liabilities** ......... Lines 2 + 3a + 3b | $ | **423,074.70** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **PNC operating** | | **8913** | **$12,807.34** |
| 3.2. | **PNC credit card deposit** | | **8921** | **$1,331.75** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$14,139.09**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number *(If known)*
Name

11a. 90 days old or less: **69,683.40** face amount - **0.00** doubtful or uncollectible accounts = .... **$69,683.40**

12. **Total of Part 3.** **$69,683.40**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various office furniture and fixtures** | **$0.00** | **N/A** | **$7,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**2009 computer, office cad program , audo cad workstation** | **Unknown** | **N/A** | **$2,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$10,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number *(If known)*
Name

■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2004 Chevy 3500 Truck** | **Unknown** | **N/A** | **$4,250.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Ladder rack, extension ladder, chain fall, knack box,step ladder, miscellaneous equipment, scissor lift, rigging sling** | **$0.00** | **N/A** | **$5,815.00** |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. **$10,065.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number *(If known)*
Name

available.
55.1.

| | | | | |
|---|---|---|---|---|
| **5200 Glen Arm** | **Lease** | **Unknown** | | **$0.00** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

Debtor **Equipment Services Inc.**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$14,139.09** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$69,683.40** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,000.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$10,065.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$103,887.49** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$103,887.49** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Comptroller of Maryland** | **$44,825.00** | **$0.00** |
| 2.2 **Internal Revenue Service** | **$94,133.59** | **$0.00** |

**2.1 Comptroller of Maryland**
Creditor's Name

**301 West Preston St. RM 409**
**Baltimore, MD 21201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Tax liens (face value)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44,825.00** — **$0.00**

**2.2 Internal Revenue Service**
Creditor's Name

**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Tax liens (face value)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$94,133.59** — **$0.00**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number (if know)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$138,958.59**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**A Tech Hydraulics**
**2713 North Point Blvd.**
**Dundalk, MD 21222**
**Date(s) debt was incurred** 11/2016
**Last 4 digits of account number** 53TS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$146.62**

3.2 **Nonpriority creditor's name and mailing address**
**About Signs & Service**
**8560 Contractors Rd**
**Rosedale, MD 21237**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** 4177

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Exepnse
Is the claim subject to offset? ■ No ☐ Yes

**$1,419.34**

3.3 **Nonpriority creditor's name and mailing address**
**Atomic Geeks LLC**
**6400 Baltimore National Pike**
**# 531**
**Catonsville, MD 21228**
**Date(s) debt was incurred** 2.2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business expense
Is the claim subject to offset? ■ No ☐ Yes

**$2,375.00**

3.4 **Nonpriority creditor's name and mailing address**
**Baltimore County**
**12200 D Long Green Pike**
**Glen Arm, MD 21057**
**Date(s) debt was incurred** 7/2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business expense
Is the claim subject to offset? ■ No ☐ Yes

**$990.50**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 26549 Best Case Bankruptcy

6/05/17 10:29AM

Debtor **Equipment Services Inc.** Case number (if known)

Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.5 | **Bay Industrial**<br>**1907 Lansdowne Ave**<br>**Halethorpe, MD 21227**<br>Date(s) debt was incurred 7/2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $2,346.99 |
| 3.6 | **BMG Metals**<br>**Po Box 46555**<br>**Raleigh, NC 27620**<br>Date(s) debt was incurred 2013&2014<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | $7,219.36 |
| 3.7 | **Bulls Trucking Co.**<br>**8111 Rosebank Ave**<br>**Dundalk, MD 21222**<br>Date(s) debt was incurred 2013<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business expense<br>Is the claim subject to offset? ■ No ☐ Yes | $2,400.00 |
| 3.8 | **Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number ND14 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $9,853.66 |
| 3.9 | **Capital One Bank**<br>**PO Box 71083**<br>**Charlotte, NC 28272**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business Expenses<br>Is the claim subject to offset? ■ No ☐ Yes | $6,770.38 |
| 3.10 | **Columbus McKinnon**<br>**Po Box 536400**<br>**Pittsburgh, PA 15253**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,400.00 |
| 3.11 | **Crown Rail**<br>**PO Box 2703**<br>**Birmingham, MI 48012-2703**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $12,444.31 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**CSS**<br>**413 Fieldstone Court**<br>**Fallston, MD 21047-2619**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$772.50** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Darmo & Associates**<br>**196 Sunny Jim Drive**<br>**Medford, NJ 08055**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Deshazo Crane Co.**<br>**Po Box 11407**<br>**Birmingham, AL 35246**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$69,500.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Drivecon Inc.**<br>**Po Box 645097**<br>**Pittsburgh, PA 15264**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,195.21** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Duct-O-Wire**<br>**Po Box 519**<br>**Corona, CA 92878**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,128.79** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Electrolift**<br>**204 Sargeant Ave**<br>**Clifton, NJ 07013**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,783.75** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Emedco Inc.**<br>**39209 Treasury Center**<br>**Chicago, IL 60694**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$258.95** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Engineered Systems**<br>**Hoist Experts**<br>**1121 Duncan Reidville Rd**<br>**Duncan, SC 29334**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,397.70** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Fastenal**<br>**Po Box 1286**<br>**Winona, MN 55987**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$950.59** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Foley Material Han**<br>**Po Box 289**<br>**Ashland, VA 23005**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,528.35** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Glen Arm LLC**<br>**c/o MCF Capital**<br>**516 N. Charles Street**<br>**Suite 400**<br>**Baltimore, MD 21201**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,775.69** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Gorbel Inc**<br>**c/o C2C Resources LLC**<br>**56 Perimeter Center East #100**<br>**Atlanta, GA 30346**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,306.65** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Handling System**<br>**408 E. Cossitt Ave**<br>**La Grange, IL 60525**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,348.56** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**HSH Property Management**<br>**516 N. Charles Street**<br>**Ste. 400**<br>**Baltimore, MD 21201**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,937.88** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Laird Controls**<br>**3481 Rider Trail South**<br>**Earth City, MO 63045**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,883.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Marlin Leasing Corporation**<br>**Po Box 13604**<br>**Philadelphia, PA 19101**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,679.78** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Mazzella Lifting**<br>**Po Box 637435**<br>**Cincinnati, OH 45263**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,152.20** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**National Milwrights**<br>**Po Box 128**<br>**Salfordville, PA 18958**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,088.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**NDE Consultation**<br>**Po Box 557**<br>**Finksburg, MD 21048**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$575.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Parkway Kew- Corp**<br>**2095 Excelsior Ave**<br>**North Brunswick, NJ 08902**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,380.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Permadur Industries**<br>**Po Box 1037**<br>**Somerville, NJ 08876**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,749.33** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Global Financial Services LLC**<br>**Po Box 371887**<br>**Pittsburgh, PA 15250**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$187.59** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Inc**<br>**Po Box 371874**<br>**Pittsburgh, PA 15250**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$288.84** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Praxair Dist**<br>**Po Box 382000**<br>**Pittsburgh, PA 15250**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26.92** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**R& M Materials**<br>**Po Box 645097**<br>**Pittsburgh, PA 15264**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,194.64** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Rotor Electric LTD**<br>**688 Derwent Way**<br>**Delta, BC V3M 5P8**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,567.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Stahl Crane Systems**<br>**Po Box 645112**<br>**Pittsburgh, PA 15264**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$878.32** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Sunbelt Rentals**<br>**c/o Roma Kishbaum & Schmidt**<br>**400 N. Hwy 6, Ste. 101**<br>**Houston, TX 77083**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,722.11** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number (if known)

Name

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Terex MHPS Corp**<br>**62829 Collections Center Drive**<br>**Chicago, IL 60693**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,033.44** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**The Caldwell Group**<br>**c/o Williams McCarthy LLP**<br>**Po Box 219**<br>**Rockford, IL 61105**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,527.85** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Unifirst Corporation**<br>**8820 Yellow Brick Rd**<br>**Rosedale, MD 21237**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$431.31** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **284,116.11** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **284,116.11** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Office lease - month to month** | |
| State the term remaining | | **HSN Property Management**<br>**516 N. Charles Street**<br>**Suite 400**<br>**Baltimore, MD 21201** |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/05/17 10:29AM

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Thomas Luhrman** | **2127 Buell Drive<br>Fallston, MD 21047** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Equipment Services Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other **STATEMENTS PROVIDED** | **Unknown** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **CHECK LISTINGS BEING PROVIDED** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Deshazo LLC**<br>**03-C-16-012329** | **collection** | **Circuit Court for Baltimore County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Mazella Lifting Technologies**<br>**0804-0021009-2016** | **Collection** | **District Court for Baltimore County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Hagerstown Industrial Supply Co. LLC**<br>**0804-0025228-2016** | **Collection** | **District Court for Baltimore County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Apple Valley Scale Company Inc.**<br>**12-C-16-001990** | **Foreign Judgment** | **Circuit Court for Harford County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Tydings & Rosenberg, LLP<br>100 East Pratt Street<br>26th Floor<br>Baltimore, MD 21202** | **$5,000, including filing fee, for Chapter 7 filing and representation** | **05/11/2017** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Tydings & Rosenberg, LLP<br>100 East Pratt Street<br>26th Floor<br>Baltimore, MD 21202** | **$6,217.84 for legals fees paid per invoices from July 2016 through April 2017** | **August 2016 through May 2017** | **$6,217.84** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Equipment Services Inc.** Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Ed Winter**<br>**Fallston, MD** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Luhrman** | | **Owner/President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2017**

**/s/ Thomas Luhrman**
Signature of individual signing on behalf of the debtor

**Thomas Luhrman**
Printed name

Position or relationship to debtor **President/Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re **Equipment Services Inc.** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 5, 2017**

**/s/ Thomas Luhrman**
**Thomas Luhrman**/**President/Owner**
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Equipment Services Inc.
5200 Glen Arm RD
Glen Arm, MD 21057

Joseph M. Selba
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

A Tech Hydraulics
2713 North Point Blvd.
Dundalk, MD 21222

About Signs & Service
8560 Contractors Rd
Rosedale, MD 21237

Atomic Geeks LLC
6400 Baltimore National Pike
# 531
Catonsville, MD 21228

Baltimore County
12200 D Long Green Pike
Glen Arm, MD 21057

Bay Industrial
1907 Lansdowne Ave
Halethorpe, MD 21227

BMG Metals
Po Box 46555
Raleigh, NC 27620

Bulls Trucking Co.
8111 Rosebank Ave
Dundalk, MD 21222

Business Card
PO Box 15710
Wilmington, DE 19886-5710

Capital One Bank
PO Box 71083
Charlotte, NC 28272

Columbus McKinnon
Po Box 536400
Pittsburgh, PA 15253

Comptroller of Maryland
301 West Preston St. RM 409
Baltimore, MD 21201

Crown Rail
PO Box 2703
Birmingham, MI 48012-2703

CSS
413 Fieldstone Court
Fallston, MD 21047-2619

Darmo & Associates
196 Sunny Jim Drive
Medford, NJ 08055

Deshazo Crane Co.
Po Box 11407
Birmingham, AL 35246

Drivecon Inc.
Po Box 645097
Pittsburgh, PA 15264

Duct-O-Wire
Po Box 519
Corona, CA 92878

Electrolift
204 Sargeant Ave
Clifton, NJ 07013

Emedco Inc.
39209 Treasury Center
Chicago, IL 60694

Engineered Systems
Hoist Experts
1121 Duncan Reidville Rd
Duncan, SC 29334

Fastenal
Po Box 1286
Winona, MN 55987

Foley Material Han
Po Box 289
Ashland, VA 23005

Glen Arm LLC
c/o MCF Capital
516 N. Charles Street
Suite 400
Baltimore, MD 21201

Gorbel Inc
c/o C2C Resources LLC
56 Perimeter Center East #100
Atlanta, GA 30346

Handling System
408 E. Cossitt Ave
La Grange, IL 60525

HSH Property Management
516 N. Charles Street
Ste. 400
Baltimore, MD 21201

HSN Property Management
516 N. Charles Street
Suite 400
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Laird Controls
3481 Rider Trail South
Earth City, MO 63045

Marlin Leasing Corporation
Po Box 13604
Philadelphia, PA 19101

Mazzella Lifting
Po Box 637435
Cincinnati, OH 45263

National Milwrights
Po Box 128
Salfordville, PA 18958

NDE Consultation
Po Box 557
Finksburg, MD 21048

Parkway Kew- Corp
2095 Excelsior Ave
North Brunswick, NJ 08902

Permadur Industries
Po Box 1037
Somerville, NJ 08876

Pitney Bowes Global
Financial Services LLC
Po Box 371887
Pittsburgh, PA 15250

Pitney Bowes Inc
Po Box 371874
Pittsburgh, PA 15250

Praxair Dist
Po Box 382000
Pittsburgh, PA 15250

R& M Materials
Po Box 645097
Pittsburgh, PA 15264

Rotor Electric LTD
688 Derwent Way
Delta, BC V3M 5P8

Stahl Crane Systems
Po Box 645112
Pittsburgh, PA 15264

Sunbelt Rentals
c/o Roma Kishbaum & Schmidt
400 N. Hwy 6, Ste. 101
Houston, TX 77083

Terex MHPS Corp
62829 Collections Center Drive
Chicago, IL 60693

The Caldwell Group
c/o Williams McCarthy LLP
Po Box 219
Rockford, IL 61105

Thomas Luhrman
2127 Buell Drive
Fallston, MD 21047

Unifirst Corporation
8820 Yellow Brick Rd
Rosedale, MD 21237

# United States Bankruptcy Court
## District of Maryland

In re **Equipment Services Inc.** Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Equipment Services Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 5, 2017**
Date

**/s/ Joseph M. Selba**
**Joseph M. Selba 29181**
Signature of Attorney or Litigant
Counsel for **Equipment Services Inc.**

**Tydings & Rosenberg, LLP**
**100 East Pratt Street**
**26th Floor**
**Baltimore, MD 21202**
**410 752 9700**
**jselba@tydingslaw.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com